IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00914-RPM

DENNIS U. JENKINS,

        Plaintiff,

v.

SAM'S WEST, INC.,

        Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE

_____

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **August 12, 2010, at 10:00 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on August 5, 2010.**

        The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend.

        Dated:    June 17th, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge