IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00914-RPM

DENNIS U. JENKINS,

    Plaintiff,

v.

SAM'S WEST, INC.,

    Defendant.

---

ORDER EXTENDING DEADLINES AND VACATING PRETRIAL CONFERENCE AND FOR FILING OF AMENDED ANSWER

---

Upon consideration of the Unopposed Motion for Enlargement of Time to Conduct Discovery and for Filing of Dispositive Motions, and to Vacate and Reschedule Pretrial Conference [14] filed on February 1, 2011, and the Defendant's Motion to Amend Answer [13], it is

ORDERED that the motion is granted.  The discovery deadline is extended to and including March 29, 2011, and the dispositive motion cut-off is extended to and including April 26, 2011, and the amended answer is filed.  It is

FURTHER ORDERED that the February 17, 2011, pretrial conference and the February 10, 2011, deadline for submitting a proposed pretrial order are vacated.

DATED: February 4th, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge