# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                July 13, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

___

Civil Action No. 10-cv-00914-RPM

DENNIS U. JENKINS,                                    Stefan Kazmierski
                                                      David Lichtenstein
     Plaintiff,

v.

SAM'S WEST, INC., an Arkansas corporation,            John M. Baird

     Defendant.

___

## COURTROOM MINUTES
___

**Hearing on Motion to Withdraw**

**9:39 a.m.**       **Court in session.**

No appearance by plaintiff.

Court's preliminary remarks.

9:40 a.m.       Statements by Mr. Kazmierski.

Mr. Kazmiersski states despite attempts to contact the plaintiff by email, U.S. mail and telephone their has been no direct communications with the plaintiff.

**ORDERED:**   **Motion to Withdraw as Counsel of Record, filed June 14, 2011 [24], is granted. Counsel for plaintiff are relieved of any further representations responsibility.**

               **Defendant Sam West, Inc.'s Motion to Extend Dispositive Motion Deadline, filed July 12, 2011 [27], is granted.**

               **An Order to Show Cause on why this case should not be dismissed for plaintiff's failure to appear shall enter.**

**9:44 a.m.**        **Court in recess.**  Hearing concluded. Total time: 5 min.