IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00914-RPM

DENNIS U. JENKINS,

    Plaintiff,

v.

SAM'S WEST, INC.,

    Defendant.

---

## ORDER GRANTING MOTION TO WITHDRAW

---

    Pursuant to the hearing held today on the motion of plaintiff's counsel Stefan Kazmierski and David Lichtenstein to withdraw as counsel for the plaintiff and with the appearance of Mr. Kazmierski and Mr. Lichtenstein for the plaintiff and the defendant appearing by J. Mark Baird and the plaintiff having failed to appear as required by this Court's order setting hearing, it is

    ORDERED that the motion to withdraw is granted.  Mr. Kazmierski and Mr. Lichtenstein have no further responsibility for the representation of the plaintiff in this civil action and the Clerk is directed to terminate their electronic service in this case.

    DATED:   July 13th, 2011

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge