IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00914-RPM

DENNIS U. JENKINS,

    Plaintiff,

v.

SAM'S WEST, INC.,

    Defendant.

---

ORDER GRANTING MOTION FOR EXTENSION OF TIME

---

    Pursuant to the hearing today, it is

    ORDERED that Defendant Sam's West, Inc's Motion to Extend Dispositive Motion Deadline [27] is granted and the dispositive motion deadline is extended to and including August 13, 2011.

    DATED:   July 13th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge