IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00914-RPM

DENNIS U. JENKINS,

      Plaintiff,

v.

SAM'S WEST, INC.,

      Defendant.

---

## ORDER OF DISMISSAL

On July 13, 2011, this Court entered an order directing the plaintiff, Dennis U. Jenkins, to show cause why this civil action should not be dismissed for his failure to appear at the hearing on July 13, 2011, on the motion to withdraw filed by his counsel.  Dennis U. Jenkins did not respond by the time set.  On August 15, 2011, the defendant filed a motion for summary judgment.  That motion was filed out of caution to comply with the scheduling order, as modified, because the Court had failed to enforce the order to show cause.  Because the plaintiff has failed to comply with this Court's order, it is

ORDERED that this civil action is dismissed.

DATED:  August 22, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge